No. 76–710. BOARD OF EDUCATION OF JEFFERSON COUNTY ET AL. v. NEWBURG AREA COUNCIL, INC., ET AL., 429 U. S. 1074, and 430 U. S. 941. Motion for leave to file second petition for rehearing denied.

No. 76–960. JOHNSON v. INDIANA, 430 U. S. 915; and

No. 76–6323. ELLSWORTH v. UNITED STATES, 431 U. S. 931. Motions for leave to file petitions for rehearing denied.

No. 76–1432. STANDARD OIL COMPANY OF CALIFORNIA v. FEDERAL TRADE COMMISSION;

No. 76–1434. MOBIL OIL CORP. v. FEDERAL TRADE COMMISSION; and

No. 76–1435. TEXACO INC. ET AL. v. FEDERAL TRADE COMMISSION, 431 U. S. 974. Petition for rehearing denied. MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

OCTOBER 11, 1977

No. 76–1828. GROSS, DBA VALLEY ROCK & SAND CORP. v. COURT OF APPEAL OF CALIFORNIA, FOURTH APPELLATE DISTRICT. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 76–6962. WITZKOWSKI v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 77–5145. ROYAL v. BERGLAND, SECRETARY OF AGRICULTURE, ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.